# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Edward Kelly Bauman
La Appellate Project
P. O. Box 1641
Lake Charles LA 70602-1641

**REHEARING ACTION: June 15, 2011**

**Docket Number: 11   00040-KA**

**STATE OF LOUISIANA**
**VERSUS**
**HARRISON THIBEAUX**

**Appealed from Iberia Parish Case No. 10-173**

**BEFORE JUDGES:**

**Hon. Oswald A. Decuir**
**Hon. James T. Genovese**
**Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Harrison Thibeaux** has this day been

**DENIED.**

cc: Hon. J. Phillip Haney, Counsel for the Appellee
    Walter James Senette  Jr., Counsel for the Appellee